## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

   v.

THE FABULOUS STORE, LLC., Individually and d/b/a Fabulous Bags; Glenda Morgan; and Frances Wuestewald,

        Defendants.

**Case No. 2:13-cv-02224-DDC/TJJ**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiffs Coach, Inc. and Coach Services, Inc., and defendants The Fabulous Store, LLC, individually and d/b/a Fabulous Bags, Glenda Morgan, and Frances Wuestewald, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned action in its entirety, with the parties to bear their own costs and attorney's fees.

Dated: November 5, 2014

1

{00098354.DOCX }

**Respectfully Submitted**:

By: s/ Timothy J. Davis_____
   Timothy J. Davis, # 24901 KS
   Bryan Cave LLP
   1200 Main Street, Suite 3500
   Kansas City, Missouri 64105
   Tel: (816) 374-3200
   Fax: (816) 374-3300
   tim.davis@bryancave.com

   Jason A. Kempf, (pro hac vice)
   Bryan Cave LLP
   211 N. Broadway, Suite 3600
   St. Louis, MO 63102
   (314) 259-2306
   (314) 552-8306 (fax)
   jason.kempf@bryancave.com

   *Attorneys for Coach, Inc.*
   *and Coach Services, Inc*

   **-and-**

By: s/ Stephen M. Joseph_____
   Stephen M. Joseph, #7452 KS
   Joseph Hollander & Craft LLC
   500 North Market St.
   Wichita, KS 67214-3514
   Tel: (316) 262-9393
   Fax: (316) 262-9006
   Email: sjoseph@josephhollander.com

   *Attorney for Defendant Frances Wuestewald*

   **-and-**

2

{00098354.DOCX }

By: s/ Sylvia B. Penner
Sylvia B. Penner, #21640 KS
Stephen E. Robison, #08665 KS
1900 Epic Center, 301 North Main
Wichita, Kansas 67202
Tel: (316) 267-7361
Fax: (316) 267-1754
Email: spenner@fleeson.com
Email: srobison@fleeson.com

*Attorneys for Defendants*
*The Fabulous Store, L.L.C., Individually and*
*d/b/a Fabulous Bags and Glenda Morgan*